Up-State Motors, Inc., and T. V. Vandergrift, appellees, v. Merchants Insurance Company of Providence, appellant. Gen. No. 8,899.

Heard in this court at the February term, 1935. Opinion filed May 1, 1935.

Robert L. Floyd, Harold T. Sharp and Diver & Populorum, for appellant. Hall & Hulse and J. A. Miller, for appellees; Harry A. Hall and H. D. Fisher, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Amalia Niemi, administratrix of the estate of August Niemi, deceased, appellee, v. A. A. Sprague and Britton I. Budd, appellants. Gen. No. 8,856.

Heard in this court at the February term, 1935. Opinion filed May 17, 1935.

Gardner, Foote, Morrow & Merrick, for appellants; W. A. Morrow and Walter M. Fowler, of counsel. Decker & Decker, for appellee; Bernard M. Decker, Joseph Sikes and John E. Baker, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Mary Elias, appellee, v. New Jersey Insurance Company, appellant. Gen. No. 8,884.

Heard in this court at the February term, 1935. Opinion filed May 17, 1935.

Hibbs & Pool, for appellant. George V. B. Weeks, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Hanna Bechtel, appellee, v. Jeff Rocke et al., appellees. Byron L. Colburn et al., appellants. Gen. No. 8,907.

Heard in this court at the February term, 1935. Opinion filed May 17, 1935. Rehearing denied August 5, 1935.

George W. Hunt and Warren H. Foster, for appellants. Richard H. Radley and Ren Thurman, for appellee.

Mr. Justice Dove delivered the opinion of the court.